# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130388

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WAYNE JONES,
            Plaintiff-Appellee,

v

WOLVERINE MACHINE PRODUCTS
COMPANY and MICHIGAN TOOLING
ASSOCIATION,
            Defendants-Appellants.

SC: 130388
COA: 264735
WCAC: 04-000262

_____/

On order of the Court, the application for leave to appeal the December 28, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

t0522